**Order entered May 1, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00082-CR
No. 05-19-00083-CR
No. 05-19-00084-CR

**CASEY MICHAEL JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-41184-V, F17-41185-V & F17-41186-V**

## ORDER

The reporter's record was due March 12, 2019. Before the Court is court reporter Peri Wood's April 29, 2019 request for extension of time to file the reporter's record. We **GRANT** the request. We **ORDER** the complete reporter's record filed within **THIRTY DAYS OF THE DATE OF THIS ORDER**. We caution Ms. Wood that further extensions are disfavored.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; Peri Wood, official court reporter, 292nd Judicial District Court; and to counsel for all parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE